PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles and Sheriff Alex Villanueva

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER BAKER,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, an individual, JOHN DOE No. 1, and DOES 2-20 inclusive,<br><br>    Defendants. | Case No. 2:21-cv-03742-CAS-MAR<br><br>Honorable Christina A. Snyder<br><br>**NOTICE OF INTERESTED PARTIES** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

The undersigned, counsel of record for Defendants County of Los Angeles and Sheriff Alex Villanueva herein, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

///

///

///

BAKER\NOTICE OF INTERESTED PARTIES

1

| PARTY | CONNECTION AND INTEREST |
|---|---|
| Nasser Baker | Plaintiff |
| County of Los Angeles | Defendant |
| Sheriff Alex Villanueva | Defendant |

Dated: July 16, 2021

LAWRENCE BEACH ALLEN & CHOI, PC

By _____/s/ Paul B. Beach_____
    Paul B. Beach
    Attorneys for Defendants
    County of Los Angeles and
    Sheriff Alex Villanueva