PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
HRACH E. AGAZARYAN, State Bar No. 339758
hagazaryan@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles and Sheriff Alex Villanueva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER BAKER,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, an individual, JOHN DOE No. 1, and DOES 2-20 inclusive,<br><br>         Defendants. | Case No. 2:21-cv-03742-CAS-MAR<br><br>Honorable Christina A. Snyder<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed: May 3, 2021 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Nasser Baker ("Plaintiff") and Defendants County of Los Angeles and Sheriff Alex Villanueva (collectively, "Defendants"), by and through their respective attorneys of record, have reached a settlement in the above-titled case as to Plaintiff's claims against all Defendants. Specifically, the aforementioned parties agreed, pursuant to Federal Rules of Civil Procedure, Rule 41(a), that, in exchange for a sum certain, Plaintiff Nasser

Baker will dismiss with prejudice all claims alleged against all parties, named and unnamed, including but not limited to doe defendants, each side to bear their respective attorneys' fees and costs.

The parties expect to file a Stipulation for Dismissal with Prejudice; [Proposed] Order Thereon with the Court once the aforementioned settlement is approved by the Claims Board of the County of Los Angeles.

Dated:  May 20, 2022            LAWRENCE BEACH ALLEN & CHOI, PC

By       /s/  Paul B. Beach
             Paul B. Beach[1]
             Hrach E. Agazaryan
             Attorneys for Defendants
             County of Los Angeles and
             Sheriff Alex Villanueva

Dated:  May 20, 2022            TONI JARAMILLA, A Professional Law Corp.;
                                ALEXANDER, MORRISON + FEHR LLP

By       /s/ Toni J. Jaramilla
             Toni J. Jaramilla
             TONI JARAMILLA, A Professional Law Corp.

             J. Bernard Alexander, III
             ALEXANDER, MORRISON + FEHR LLP

             Attorneys for Plaintiff
             Nasser Baker

---

[1] As the filer of this Joint Notice, I, Paul B. Beach, attest that Toni J. Jaramilla concurs in the contents of the Joint Notice and has authorized its filing.