UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV21-3742-CAS(MARx) | Date | May 20, 2022 |
|---|---|---|---|
| Title | *NASSER v. COUNTY OF LOS ANGELES; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - JOINT NOTICE OF SETTLEMENT (Filed 05/20/22)[26]

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about May 20, 2022;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **90 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV21-3742-CAS(MARx) | Date | May 20, 2022 |
|---|---|---|---|
| Title | *NASSER v. COUNTY OF LOS ANGELES; ET AL.* | | |

00 : 00

Initials of Preparer     CMJ