PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
HRACH E. AGAZARYAN, State Bar No. 339758
hagazaryan@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles and Sheriff Alex Villanueva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER BAKER,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, an individual, JOHN DOE No. 1, and DOES 2-20 inclusive,<br><br>          Defendants. | Case No. 2:21-cv-03742-CAS-MAR<br><br>Honorable Christina A. Snyder<br><br>**STIPULATION FOR CONTINUANCE OF DEADLINE TO FILE DISMISSAL**<br><br>Current Deadline: August 18, 2022<br><br>Proposed Date:   September 16, 2022<br><br>[*[Proposed] Order lodged concurrently herewith*] |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The parties herein, by and through the undersigned counsel, hereby stipulate as follows:

1. The County of Los Angeles Claims Board has recently voted to approve the global settlement of this matter, which includes a dismissal with prejudice of the entire action as to all parties;

1

2. The parties understand that the audit department of the County of Los Angeles is preparing the settlement check, which should be available and tendered to counsel for Plaintiff by no later than September 15, 2022; and,

3. Accordingly, the parties hereby agree and respectfully request that the Court continue the deadline for the parties to file a stipulation for dismissal with prejudice of the entirety of this matter from August 18, 2022 to September 16, 2022.

IT IS SO STIPULATED.

Dated: August 11, 2022        TONI JARAMILLA, A Professional Law Corp.
                              ALEXANDER MORRISON + FEHR LLP


                              By      /s/ Toni Jaramilla
                                    Toni Jaramilla
                                    J. Bernard Alexander, III
                                    Attorneys for Plaintiff
                                    Nasser Baker

Dated: August 11, 2022        LAWRENCE BEACH ALLEN & CHOI, PC


                              By      /s/ Hrach E. Agazaryan
                                    Paul B. Beach
                                    Hrach E. Agazaryan[1]
                                    Attorneys for Defendants
                                    County of Los Angeles and
                                    Sheriff Alex Villanueva

---

[1] As the filer of this Stipulation for Continuance of Deadline to File Dismissal, I attest that Toni Jaramilla concurs in the content of the Stipulation and has authorized its filing.