PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
HRACH E. AGAZARYAN, State Bar No. 339758
hagazaryan@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles and Sheriff Alex Villanueva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER BAKER,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, an individual, JOHN DOE No. 1, and DOES 2-20 inclusive,<br><br>  Defendants. | Case No. 2:21-cv-03742CAS-MARx<br><br>Honorable Christina A. Snyder<br><br>**ORDER GRANTING CONTINUANCE OF DEADLINE TO FILE DISMISSAL**<br><br>[*Stipulation For Continuance filed concurrently herewith*] |

**IT IS HEREBY ORDERED** that upon review of the parties' Stipulation for Continuance of Deadline to File Dismissal, the parties' request to continue the deadline to file a stipulation for dismissal with prejudice of the entirety of this matter from August 18, 2022 to September 16, 2022 is **GRANTED**.

IT IS SO ORDERED.

DATED: August 11, 2022

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1