1 **TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
2 May Mallari, Esq. (SBN 207167)
1900 Avenue of the Stars, Suite 900
3 Los Angeles, California 90067
T: (310) 551-3020 | F: (310)551-3019
4 E-mail: toni@tjjlaw.com | may@tjjlaw.com

5 **ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (State Bar No. 128307)
6 Britt L. Karp (SBN 278623)
1900 Avenue of the Stars, Suite 900
7 Los Angeles, CA 90067
T: (310) 394-0888
8 E: balexander@amfllp.com | bkarp@amfllp.com

9 Attorneys for Plaintiff
NASSER BAKER

10
**LAWRENCE BEACH ALLEN & CHOI, PC**
11 Paul B. Beach, State Bar No. 166265
pbeach@lbaclaw.com
12 Hrach E. Agazaryan, State Bar No. 339758
hagazaryan@lbaclaw.com
13 150 S. Los Robles Avenue, Suite 660
Pasadena, California 91101
14 Telephone No. (818) 545-1925

15 Attorneys for Defendants
County of Los Angeles and Sheriff Alex Villanueva
16

17 <center>**UNITED STATES DISTRICT COURT**</center>

18 <center>**GENERAL DISTRICT OF CALIFORNIA**</center>

| | |
|---|---|
| NASSER BAKER, an individual, | Case No. 2:21-cv-03742-CAS-MAR |
| Plaintiff, | Assigned for all purposes to Hon. Christina A. Snyder |
| v. | **JOINT STIPULATION FOR DISMISSAL** |
| COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, and individual, JOHN DOE No. 1, and DOES 2 through 20, inclusive, | |
| Defendants. | |

---

JOINT STIPULATION FOR DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

It is hereby stipulated and agreed by Plaintiff NASSER "NASH" BAKER ("Plaintiff") and COUNTY OF LOS ANGELES and SHERIFF ALEX VILLANUEVA ("Defendants") (collectively referred to as the "Parties"), by and through their respective counsel of record, that, pursuant to Federal Rule of Civil Procedure 41, the above-captioned action shall be dismissed with prejudice in its entirety. Each party shall bear their own attorney fees, costs, and expenses.

**IT IS HEREBY STIPULATED.**

Dated: August 29, 2022                ALEXANDER MORRISON + FEHR LLP

By: *[signature]*

J. Bernard Alexander III
Britt Karp
Toni Jaramilla
Attorneys for Plaintiff
NASSER "NASH" BAKER

Dated: August 29, 2022                LAWRENCE BEACH ALLEN & CHOI, PC

By: /S/ Hrach E. Agazaryan

Paul B. Beach
Hrach E. Agazaryan
Attorney for Defendants
County of Los Angeles and Sheriff Villanueva

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Avenue of the Stars, Suite 900, Los Angeles, CA. 90067.

On August 29, 2022, I served the foregoing documents described as **JOINT STIPULATION FOR DISMISSAL** on the interested parties in this action.

___ by placing ___ the original ___ a true copy in a sealed envelope addressed as follows:

Paul B. Beach, Esq.
**LAWRENCE BEACH ALLEN & CHOI, PC**
150 S. Los Robles Avenue, Suite 660
Pasadena, California 91101

___I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day
with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.
 I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ BY E-MAIL TO: pbeach@lbaclaw.com

___ BY PERSONAL SERVICE, delivered the envelope by hand on the addressee.

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 29, 2022, at Los Angeles, California.

_____
Stefanie Lewis

JOINT STIPULATION FOR DISMISSAL